I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO:   DATE:   DEPUTY CLERK:
Plaintiff on 09-03-2015 by ts

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARLOS GARCIA AYALA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. EDCV 15-00811-DSF (DFM)<br><br>ORDER TO SHOW CAUSE |

　　　　In Section I. of its May 21, 2015 Case Management Order, the Court ordered Plaintiff to promptly serve the summons and complaint on Defendant in the manner required by Rule 4(i) of the Federal Rules of Civil Procedure and 20 C.F.R. § 423.1. The Court explained to Plaintiff that, in order to properly effectuate service, he would need to send a copy of the summons and complaint by registered or certified mail to each of the following: (a) the United States Attorney for the Central District of California, or his or her authorized agent, addressed to the civil process clerk at the Office of the United States Attorney, Civil Division, Room 7516, Federal Building, 300

North Los Angeles Street, Los Angeles, California, 90012; (b) Region IX Chief Counsel, Office of the General Counsel, Social Security Administration, 160 Spear Street, Suite 800, San Francisco, CA 94105-1545; and (c) the Attorney General of the United States, in Washington, D.C. The Court further required Plaintiff to file promptly a proof of service showing compliance with Section I. Finally, the Court admonished Plaintiff that her failure to effectuate proper service within one hundred and twenty (120) days after the filing of the Complaint may result in the dismissal of the case.

It has now been more than 120 days since the filing of the Complaint. Plaintiff has not filed a proof of service showing compliance with Section I. of the Case Management Order.

Accordingly, <u>on or before September 25, 2015</u>, Plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why the Court should not recommend that this case be dismissed for lack of diligent prosecution and failure to comply with the Court's prior Order; or (b) effectuate proper service on Defendant in accordance with Rule 4(i) of the Federal Rules of Civil Procedure and file a proof of service reflecting such service.

Dated: September 3, 2015

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge