I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO:     DATE:     DEPUTY CLERK:
Plaintiff on 12-09-2015 by TS



FILED
CLERK, U.S. DISTRICT COURT

December 9, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARLOS GARCIA AYALA, | No. ED CV 15-00811-DSF (DFM) |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    In Section V.A.1 of its May 21, 2015 Case Management Order, the Court ordered Plaintiff to serve and file his motion for judgment on the pleadings within thirty-five (35) days of the service and filing of the Commissioner's answer. Dkt. 9 at 3. The Commissioner filed its answer on September 23, 2015. Dkt. 12. Plaintiff's deadline to file his motion for judgment on the pleadings was thus October 28, 2015. It has now been more than 40 days since Plaintiff's deadline has passed.

    Accordingly, <u>on or before December 30, 2015</u>, Plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why Plaintiff did not timely file motion for judgment on the pleadings, and why the Court should not

dismiss this action for failure to prosecute and failure to comply with the Court's prior order; or (b) serve and file his motion for judgment on the pleadings in the format specified in the May 21, 2015 Case Management Order. Plaintiff is expressly forewarned that if he fails to do either, the Court will deems such failure a further violation of a Court order justifying a recommendation of dismissal and also deem such failure as further evidence of a lack of prosecution warranting a recommendation of dismissal.

Dated: December 9, 2015

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge