UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CARLOS GARCIA AYALA,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. ED CV 15-00811-DSF (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. No party has filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

///

///

///

///

///

IT IS THEREFORE ORDERED that Judgment be entered affirming the Commissioner and dismissing this action with prejudice.

Dated: September 13, 2016

_____
DALE S. FISCHER
United States District Judge